J. EDWARD JONES, Plaintiff-Appellant, *v.* WALTER KRUEGER *et al.,* Defendants-Appellees.

(No. 74-132;

Second District (1st Division)—July 15, 1975.

Opinion by Mr. PRESIDING JUSTICE SEIDENFELD.